**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-48405-JBS |
| | § | |
| JANET MARIE MONTGOMERY | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 04/23/2013, in Courtroom 682, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/01/2013 By: /s/ David P. Leibowitz
(Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 11-48405-JBS
§
JANET MARIE MONTGOMERY §
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $3,566.00 |
| *and approved disbursements of* | $340.51 |
| *leaving a balance on hand of*[1]*:* | $3,225.49 |

Claims of secured creditors will be paid as follows: NONE

| | |
|---|---|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $3,225.49 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $499.62 | $0.00 | $499.62 |
| David P. Leibowitz, Trustee Expenses | $1.65 | $0.00 | $1.65 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses: | $501.27 |
| Remaining balance: | $2,724.22 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $2,724.22 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $2,724.22 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,467.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| **Claim No.** | **Claimant** | **Allowed Amt. of Claim** | **Interim Payments to Date** | **Proposed Amount** |
|---|---|---|---|---|
| 1 | Commonwealth Edison Company | $674.41 | $0.00 | $674.41 |
| 2 | American InfoSource LP as agent for | $793.49 | $0.00 | $793.49 |

| | |
|---|---|
| Total to be paid to timely general unsecured claims: | $1,467.90 |
| Remaining balance: | $1,256.32 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $1,256.32 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $1,256.32 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.12 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $1.39. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $1,254.93.

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Janet Marie Montgomery
Debtor

Case No. 11-48405-JBS
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1 User: cmendoza1 Page 1 of 3 Date Rcvd: Apr 02, 2013
Form ID: pdf006 Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2013.

db +Janet Marie Montgomery, 12250 Washington Ave, APT# 4, Blue Island, IL 60406-1485
18120941 +Action Card/Bankfirst, Bankruptcy Department, PO Box 105341, Atlanta, GA 30348-5341
18120935 +CBCS, Bankruptcy Department, 236 E. Town St., Columbus, OH 43215-4631
18120945 +Capital One Bank, Bankruptcy Department, PO Box 60024, City Of Industry, CA 91716-0024
18120924 +Chicago Department Of Revenue, Bankruptcy Dept, Remittance Center Po Box 88292, Chicago, IL 60680-1292
18120949 +City of Chicago Bureau Parking, Department of Revenue, PO Box 88292, Chicago, IL 60680-1292
18120929 +Clerk, Chancery, Doc#09CH035045, 50 W. Washington St., Room 802, Chicago, IL 60602-1305
18120930 +Codilis & Associates, PC, Bankruptcy Department, 15W030 N. Frontage Rd. #100, Burr Ridge, IL 60527-6921
18120926 +Equifax, Attn: Bankruptcy Dept., PO Box 740241, Atlanta, GA 30374-0241
18120925 +Experian, Attn: Bankruptcy Dept., PO Box 2002, Allen, TX 75013-2002
18120937 +Harris & Harris Ltd., Bankruptcy Department, 222 Merchandise Mart Pl. #1900, Chicago, IL 60654-1421
18120942 +Harris Bank, Bankruptcy Dept., 3800 Golf Rd. Suite 300, Rolling Meadows, IL 60008-4037
18120928 +Harris Trust and Savings, Bankruptcy Department, 3800 Golf Road, Rolling Meadows, IL 60008-4013
18120943 +Home Depot/Citibank, Bankruptcy Dept, 110 Lake Dr, Newark, DE 19702-3317
18120938 Illinois State Toll Hwy Auth, Attn: Legal Dept - Bob Lane, 2700 Ogden Ave., Downers Grove, IL 60515-1703
18120933 +Peoples Energy, Prudential Bldg: Special Proj, 130 E. Randolph Dr., Chicago, IL 60601-6207
18120936 +Peoples Gas, Bankruptcy Department, 130 E. Randolph Dr., Chicago, IL 60601-6302
18120948 +Sears/Citibank, Bankruptcy Department, PO Box 6189, Sioux Falls, SD 57117-6189
18120940 +Secretary of State, Attn: Safety & Financial Resp, 2701 S. Dirksen Pkwy., Springfield, IL 62723-0002
18120927 +Transunion, Attn: Bankruptcy Dept., PO Box 1000, Chester, PA 19016-1000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

18747244 E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 03 2013 02:23:15 American InfoSource LP as agent for, US Cellular, PO Box 248838, Oklahoma City, OK 73124-8838
18120939 +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Apr 03 2013 02:11:41 Capital One Auto Finance, Bankruptcy Department, 3901 Dallas Parkway, Plano, TX 75093-7864
18120934 +E-mail/Text: legalcollections@comed.com Apr 03 2013 02:10:07 Commonwealth Edison, Attn: System Credit/BK Dept, 3 Lincoln Center 4th Floor, Oakbrook Terrace, IL 60181-4204
18303651 +E-mail/Text: legalcollections@comed.com Apr 03 2013 02:10:07 Commonwealth Edison Company, 3 Lincoln Centre, Oakbrook Terrace, Il 60181-4204, Attn: Bankruptcy Dep.
18120947 +E-mail/Text: bankrup@aglresources.com Apr 03 2013 02:06:51 Nicor Gas, Bankruptcy Department, PO Box 549, Aurora, IL 60507-0549
18120931 Fax: 866-419-3894 Apr 03 2013 04:28:41 US Cellular, Bankruptcy Department, PO Box 7835, Madison, WI 53707-7835
18120946 +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2013 02:22:38 Walmart, Bankruptcy Dept., 702 S.W. 8th Street, Bentonville, AR 72716-6209

TOTAL: 7

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

18120944* +CBCS, Bankruptcy Department, 236 E. Town St., Columbus, OH 43215-4631
18120932 ##+Bank of America, Bankruptcy Department, PO Box 15168, Wilmington, DE 19850-5168

TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 04, 2013** **Signature:** Joseph Speetjens

District/off: 0752-1 User: cmendoza1 Page 3 of 3 Date Rcvd: Apr 02, 2013
Form ID: pdf006 Total Noticed: 27

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2013 at the address(es) listed below:

David P Leibowitz, ESQ dleibowitz@lakelaw.com, il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
Jason M Shimotake on behalf of Debtor Janet Marie Montgomery ndil@geracilaw.com
Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov

TOTAL: 3