**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-48405-JBS |
| | § | |
| JANET MARIE MONTGOMERY | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $16,300.00 | Assets Exempt: | $6,043.00 |
| Total Distributions to Claimants: | $1,469.29 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $529.14 | | |

3) Total gross receipts of $3,566.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $1,567.57 (see **Exhibit 2),** yielded net receipts of $1,998.43 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $32,661.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $529.14 | $529.14 | $529.14 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $5,382.00 | $1,467.90 | $1,467.90 | $1,469.29 |
| **Total Disbursements** | $38,043.00 | $1,997.04 | $1,997.04 | $1,998.43 |

4).  This case was originally filed under chapter 7 on 11/30/2011.  The case was pending for 20 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/18/2013            By:  /s/ David P. Leibowitz
                                                Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Tax return | 1224-000 | $3,566.00 |
| **TOTAL GROSS RECEIPTS** | | $3,566.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Janet Marie Montgomery | Exemptions | 8100-002 | $312.64 |
| MONTGOMERY, JANET MARIE | Surplus Funds | 8200-002 | $1,254.93 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $1,567.57 |

**EXHIBIT 3 – SECURED CLAIMS**
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Auto Finance | 4110-000 | $32,661.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $32,661.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $499.62 | $499.62 | $499.62 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $1.65 | $1.65 | $1.65 |
| Green Bank | 2600-000 | NA | $27.87 | $27.87 | $27.87 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $529.14 | $529.14 | $529.14 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

**UST Form 101-7-TDR (10/1/2010)**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 7100-000 | $616.00 | $674.41 | $674.41 | $674.41 |
| 2 | American InfoSource LP as agent for | 7100-000 | $800.00 | $793.49 | $793.49 | $793.49 |
| | American InfoSource LP as agent for | 7990-000 | $0.00 | $0.00 | $0.00 | $0.75 |
| | Commonwealth Edison Company | 7990-000 | $0.00 | $0.00 | $0.00 | $0.64 |
| | Action Card/Bankfirst | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Bank of America | 7100-000 | $500.00 | NA | NA | $0.00 |
| | Capital One Bank | 7100-000 | $0.00 | NA | NA | $0.00 |
| | CBCS | 7100-000 | $616.00 | NA | NA | $0.00 |
| | Chicago Department Of Revenue | 7100-000 | $885.00 | NA | NA | $0.00 |
| | City of Chicago Bureau Parking | 7100-000 | $500.00 | NA | NA | $0.00 |
| | Equifax | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Experian | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Harris Bank | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Harris Trust and Savings | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Home Depot/Citibank | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Illinois State Toll Hwy Auth | 7100-000 | $212.00 | NA | NA | $0.00 |
| | Nicor Gas | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Peoples Energy | 7100-000 | $653.00 | NA | NA | $0.00 |
| | Peoples Gas | 7100-000 | $600.00 | NA | NA | $0.00 |
| | Sears/Citibank | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Transunion | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Walmart | 7100-000 | $0.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $5,382.00 | $1,467.90 | $1,467.90 | $1,469.29 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**

Page No: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No.: | 11-48405-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MONTGOMERY, JANET MARIE | Date Filed (f) or Converted (c): | 11/30/2011 (f) |
| For the Period Ending: | 7/18/2013 | §341(a) Meeting Date: | 01/18/2012 |
| | | Claims Bar Date: | 04/20/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Checking account with Harris Bank | $300.00 | $0.00 | | $0.00 | FA |
| 2 | Checking account with Republic Bank | $200.00 | $0.00 | | $0.00 | FA |
| 3 | Money Market Account with Harris Bank, N.A. | $1,200.00 | $0.00 | | $0.00 | FA |
| 4 | Household goods; TV, DVD player, TV stand, stereo, sofa, vacuum, table, chairs, lamps, bedroom sets, microwave, dishes/flatware, pots/pans | $1,000.00 | $0.00 | | $0.00 | FA |
| 5 | Books, Compact Discs, Tapes/Records, Family Pictures | $45.00 | $0.00 | | $0.00 | FA |
| 6 | Necessary wearing apparel. | $50.00 | $0.00 | | $0.00 | FA |
| 7 | Earrings, watch, costume jewelry | $100.00 | $0.00 | | $0.00 | FA |
| 8 | Pension w/ Employer/Former Employer - 100% Exempt. | $2,000.00 | $0.00 | | $0.00 | FA |
| 9 | 16 Shares of UPS stock ($71.75/share on Date of Filing) | $1,148.00 | $0.00 | | $0.00 | FA |
| 10 | Cap One - 2010 Jeep Compass Utility in good condition (over 48,000 miles) | $16,300.00 | $0.00 | | $0.00 | FA |
| 11 | Tax return | $0.00 | $3,566.00 | | $3,566.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$22,343.00     $3,566.00     $3,566.00     $0.00

**Major Activities affecting case closing:**

| 12/31/2011 | Tax refund |
| 03/06/2012 | Request for status from IRS RE Tax Refund. |
| 09/05/2012 | TFR completed |
| 04/01/2013 | TFR Hearing set for 4/23/2013 |
| 06/28/2013 | TDR to be prepared. |

**Initial Projected Date Of Final Report (TFR):**    12/31/2012      /s/ DAVID LEIBOWITZ

**Current Projected Date Of Final Report (TFR):**      DAVID LEIBOWITZ

Page No: 1
Case 11-48405   Doc 30   Filed 07/18/13   Entered 07/18/13 15:40:19   Desc Main
Document   Page 6 of 7
FORM 2
Exhibit 9
CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-48405-JBS | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | MONTGOMERY, JANET MARIE | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9587 | | | Checking Acct #: | ******0501 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 11/30/2011 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/18/2013 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/21/2012 | (11) | United States Treasury | Tax Refund | 1224-000 | $3,566.00 | | $3,566.00 |
| 03/21/2012 | 3001 | Janet Marie Montgomery | Entiled portion of tax refund | 8100-002 | | $312.64 | $3,253.36 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.75 | $3,251.61 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $4.90 | $3,246.71 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $5.23 | $3,241.48 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $5.23 | $3,236.25 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $5.05 | $3,231.20 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $5.71 | $3,225.49 |
| 04/30/2013 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $499.62 | $2,725.87 |
| 04/30/2013 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $1.65 | $2,724.22 |
| 04/30/2013 | 3004 | Commonwealth Edison Company | Claim #: 1; Amount Claimed: 674.41; Amount Allowed: 674.41; Distribution Dividend: 100.00; | * | | $675.05 | $2,049.17 |
| | | | Claim Amount           $(674.41) | 7100-000 | | | $2,049.17 |
| | | | Interest                      $(0.64) | 7990-000 | | | $2,049.17 |
| 04/30/2013 | 3005 | American InfoSource LP as agent for | Claim #: 2; Amount Claimed: 793.49; Amount Allowed: 793.49; Distribution Dividend: 100.00; | * | | $794.24 | $1,254.93 |
| | | | Claim Amount           $(793.49) | 7100-000 | | | $1,254.93 |
| | | | Interest                      $(0.75) | 7990-000 | | | $1,254.93 |
| 04/30/2013 | 3006 | MONTGOMERY, JANET MARIE | Claim #: ; Amount Claimed: 1,254.93; Amount Allowed: 1,254.93; Distribution Dividend: 100.00; | 8200-002 | | $1,254.93 | $0.00 |
| | | | **TOTALS:** | | $3,566.00 | $3,566.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $3,566.00 | $3,566.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $1,567.57 | |
| | | | **Net** | | $3,566.00 | $1,998.43 | |

| For the period of 11/30/2011 to 7/18/2013 | | For the entire history of the account between 03/21/2012 to 7/18/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,566.00 | Total Compensable Receipts: | $3,566.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,566.00 | Total Comp/Non Comp Receipts: | $3,566.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $1,998.43 | Total Compensable Disbursements: | $1,998.43 |
| Total Non-Compensable Disbursements: | $1,567.57 | Total Non-Compensable Disbursements: | $1,567.57 |
| Total Comp/Non Comp Disbursements: | $3,566.00 | Total Comp/Non Comp Disbursements: | $3,566.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-48405-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MONTGOMERY, JANET MARIE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9587 | Checking Acct #: | ******0501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 11/30/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/18/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $3,566.00 | $3,566.00 | $0.00 |

| For the period of 11/30/2011 to 7/18/2013 | | For the entire history of the case between 11/30/2011 to 7/18/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,566.00 | Total Compensable Receipts: | $3,566.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,566.00 | Total Comp/Non Comp Receipts: | $3,566.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,998.43 | Total Compensable Disbursements: | $1,998.43 |
| Total Non-Compensable Disbursements: | $1,567.57 | Total Non-Compensable Disbursements: | $1,567.57 |
| Total Comp/Non Comp Disbursements: | $3,566.00 | Total Comp/Non Comp Disbursements: | $3,566.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ